**Opinion issued October 24, 2013**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-13-00150-CV

———————————

## IN RE CHARLES S. IUPE, JR., Relator

———

## Original Proceeding on Petition for Writ of Mandamus

———

## MEMORANDUM OPINION

Relator Charles S. Iupe, Jr., a proposed ward in a guardianship proceeding, filed a petition for writ of mandamus requesting that this Court order the probate court to vacate an order appointing a guardian ad litem and an order appointing a physician to perform an independent medical examination.[*]

---

[*] The underlying case is *In the Guardianship of Charles S. Iupe, Jr.*, Cause No. 417,216, in the Probate Court No. 3 of Harris County, Texas, the Honorable Rory R. Olsen, presiding.

We dismiss the portion of the petition challenging the real party in interest's failure to personally serve Iupe with the first amended application as moot, deny the remainder of the petition, and lift the stay previously imposed by this Court.

**PER CURIAM**

Panel consists of Justices Jennings, Sharp, and Brown.